

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER, LLC** and City of Martindale, Texas,
Appellants

v.

**CITY OF SAN MARCOS, TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Appellants' reply briefs are due July 15, 2019. On that day, appellants filed a joint motion requesting a twenty-day extension of time. After consideration, the motion is **GRANTED** and the appellants' reply briefs are due **on or before August 5, 2019**.

It is so **ORDERED** on this 26th day of July, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court